UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| MGG INVESTMENT GROUP LP, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 5:20-cv-00391-CHB |
| | ) |
| ZAYAT STABLES, LLC, AHMED | ) |
| ZAYAT, and JUSTIN ZAYAT | ) |
| | ) |
| | ) |
| DEFENDANTS. | ) |
| | ) |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff MGG Investment Group LP ("MGG") in the above captioned action states that MGG is a privately held limited partnership organized under the laws of Delaware whose parent company is McCourt Global Capital LLC, a privately held limited liability company. McCourt Global Capital LLC is owned by McCourt Global LLC, a privately held limited liability company. McCourt Global LLC is owned by McCourt LP, a privately held limited partnership. No publicly held company has an ownership interest of 10% or more of MGG's stock.

Respectfully submitted,

*/s/W. Craig Robertson, III*
W. Craig Robertson, III
wrobertson@wyattfirm.com
Daniel E. Hitchcock
dhitchcock@wyattfirm.com
Thomas E. Travis
ttravis@wyattfirm.com
Wyatt, Tarrant & Combs, LLP

250 West Main Street, Suite 1600
Lexington, KY 40507
Telephone: 859.233.2012
Facsimile: 859.259.0649
*Counsel for Plaintiff, MGG Investment Group LP*

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2020, I electronically filed the foregoing with the Clerk of Court via the e-filing system, which will send a notice of electronic filing to counsel of record:

Ellen Arvin Kennedy
Dinsmore & Shohl LLP
100 West Main Street, Suite 900
Lexington, Kentucky 40507
*Counsel for Receiver, Elizabeth Z. Woodward*

Bennett E. Bayer
Landrum & Shouse, LLP
106 W. Vine Street, Suite 800
Lexington, Kentucky
*Counsel for Defendant, Ahmed Zayat*

Jay E. Ingle
Alexander H. Gardner
Jackson Kelly, PLLC
100 West Main Street, Suite 700
Lexington, Kentucky 40507
*Counsel for Defendant, Justin Zayat*

Joseph M Vann
Cohen Tauben Spievak & Wagner, P.C.
420 Lexington Avenue, Suite 2400
New York, New York 10170

Jay L. Lubetkin
Rabinowitz, Lubetkin & Tully, LLC
293 Eisenhower Parkway, Suite 100
Livingston, New Jersey 07039
*Bankruptcy Counsel to Ahmed Zayat*

Robert Heleringer
7982 New La Grange Road
Louisville, Kentucky 40222
*Counsel for Rudy Rodriguez Racing Stables, Inc.*

*/s/ W. Craig Robertson III*
*Counsel for Plaintiff*